R. Lance Belsome, SBN 119482
LAW OFFICE OF R. LANCE BELSOME
1055 West Seventh Street, Suite 2800
Los Angeles, California 90017-2554
Telephone:   (213) 489-7775
Telecopier:  (213) 489-7776
Email:       lance@belsome.com

Attorney for Defendants CELSO HERNANDEZ
and PLAYAS LAS TUNAS RESTAURANT, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS VELAZQUEZ,<br><br>            Plaintiff,<br><br>      vs.<br><br>CELSO HERNANDEZ individually and doing business as PLAYA LAS TUNAS RESTAURANT; LEONARDO FRANCO DA SILVA ZANNIER; ADAN FRANCO; GIANNI PIVETTA; RUBEN AGUILERA; CONCEPCION GARCIA; and DOES 1 TO 5<br><br>            Defendants. | **Case No. CV-13-6549 JEM**<br><br>STIPULATION RE INJUNCTION AND DISMISSAL OF CLAIMS PURSUANT TO SETTLEMENT |

TO THE HONORABLE MANUEL L. REAL, UNITED STATES DISTRICT JUDGE

AND TO ALL PARTIES IN INTEREST:

Plaintiff JUAN CARLOS VELAZQUEZ ("**Plaintiff**") and defendants CELSO

HERNANDEZ and PLAYAS LAS TUNAS RESTAURANT, INC. (collectively

"**Defendants**") (each a "**Party**" and collectively, "**Parties**"), by and through their

undersigned counsel, hereby stipulate and agree as follows:

- 1 -

STIPULATION RE INJUNCTION AND DISMISSAL OF CLAIMS PURSUANT TO
SETTLEMENT
U.S.D.C. Case No. CV-13-6549-R-MRW

A.     On September 16, 2013, Plaintiff Served his initial complaint in this action on the Defendants;

B.     Pursuant to a Stipulation filed on October 3, 2013, the Defendants must answer or otherwise respond to the complaint by November 4, 2013;

C.     On October 31, 2013, Plaintiff and the Defendants entered into a settlement agreement ("**Settlement Agreement**") requiring the filing of this Stipulation,

THEREFORE, in consideration of the promises and covenants contained in the Settlement Agreement, the Parties stipulate and agree as follows:

1.     The Court has jurisdiction over this action pursuant to 15 U.S.C. § 1121, 28 U.S.C. §§ 1331, 1332(a)-(c) and 1338(a) and 28 U.S.C. § 1338(b).

2.     Except as admitted in Paragraph 1, Defendants dispute all material allegations of the Complaint and deny engaging in any conduct resulting in liability to Plaintiff or any other person.

3.     Defendants consent to the entry of an injunction, in the form of **Exhibit 1** hereto, pursuant to 15 U.S.C. § 1116 and 7402(a), prohibiting them from using the name "Los Iracundos" without the written consent of the registered holder of the trademark and service mark which is the subject of United States Patent and Trademark Office Certificate of Registration No. 4,232,880 ("**Injunction**").

4.     Defendants waive the entry of findings of fact and conclusions of law and consent to the entry of the Injunction without admitting that grounds exist for imposition of the Injunction against them.

- 2 -

**STIPULATION RE INJUNCTION AND DISMISSAL OF CLAIMS PURSUANT TO SETTLEMENT**
**U.S.D.C. Case No. CV-13-6549-R-MRW**

5.      In the event Certificate of Registration No. 4,232,880 is cancelled, and that cancellation has become final, the Injunction shall dissolve upon application to this Court.

6.      The Court shall retain jurisdiction over this is action to implement and enforce the Injunction.

7.      Plaintiff shall be awarded attorney fees and costs against Defendants in the agreed upon total sum of $7,500, pursuant to the Settlement Agreement.

8.      Except as expressly stated herein, the Action, and all remaining claims for relief in the Complaint asserted against Defendants, shall be dismissed with prejudice as to Defendants.


Dated: November 1, 2013          LAW OFFICES OF R. LANCE BELSOME

                                                          /s/ R. Lance Belsome
                                         By: _____
                                                R. LANCE BELSOME
                                                Attorneys for Defendants CELSO
                                                HERNANDEZ and PLAYAS LAS TUNAS
                                                RESTAURANT, INC.

Dated: November 1, 2013          LAW OFFICES OF LOPEZ & ASSOCIATES


                                         By: _____/s/ Anthony R. Lopez_____
                                                ANTHONY R. LOPEZ
                                                Attorneys for Plaintiff JUAN CARLOS
                                                VELAZQUEZ

- 3 -

STIPULATION RE INJUNCTION AND DISMISSAL OF CLAIMS PURSUANT TO SETTLEMENT
U.S.D.C. Case No. CV-13-6549-R-MRW