UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-6549 MRW | Date | September 10, 2014 |
|---|---|---|---|
| Title | Velazquez v. Hernandez | | |

Present: The Honorable   Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE: CASE STATUS

This is a civil action in which the Court granted Defendants' attorney permission to withdraw from representation. (Docket # 38.) In doing so, the Court instructed each of the Defendants to file a notice of appearance in the action or to identify the lawyer representing him. None of the Defendants has done so to date.

The Court has no way of knowing whether Plaintiff is actively prosecuting the action or whether Defendants are actively defending it. Therefore, Plaintiff is ORDERED to show cause why the action should not be dismissed or set for trial. Plaintiff will file a statement (not to exceed 5 pages) by or before <u>October 1</u> explaining the status of the action and informing the Court as to how Plaintiff wishes to proceed. Alternatively, Plaintiff may file a motion regarding the case or, if appropriate, a notice of dismissal of the action.