# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Juan Carlos Velazquez,

PLAINTIFF(S)

v.

Celso Hernandez et al.,

DEFENDANT(S).

CASE NUMBER

CV 13-6549 MRW

## JUDGMENT ON THE VERDICT
## FOR DEFENDANT(S)

This action having been tried before the Court sitting with a jury, the Honorable _Michael R. Wilner_, ~~District~~ Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Juan Carlos Velazquez

take nothing; that the  action be dismissed on the  merits; and that the defendant(s):

Celso Hernandez et al

recover of the plaintiff(s) its costs of action, taxed in the sum of __TBD__.

Clerk, U. S. District Court

Dated: _December 5, 2016_

By _Veronica Piper_

Deputy Clerk

At: _____

cc:    Counsel of record